# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D23-0077
LT Case No. 2020-CF-011707
_____

KEVIN BALFOUR ROWE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Jessica J. Yeary, Public Defender, and Kathryn Lane, Assistant
Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Daren L. Shippy,
Assistant Attorney General, Tallahasse, for Appellee.

March 19, 2024


PER CURIAM.

    AFFIRMED.


EDWARDS, C.J., MAKAR, and HARRIS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————